IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DUANE MAKELA,

    Petitioner,

v.

WARDEN CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-809-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Duane Makela for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that the length of his custody has been increased in violation of the Constitution or the laws of the United States.

_Peter Oppeneer_      _1/30/12_
Peter Oppeneer, Clerk of Court      Date